UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER SPEARS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-02934-TWP-MJD ) |
| SUR LA TABLE, INC., MARQUEE BRANDS, LLC, | ) ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TERMINATON OF MARQUEE AS A DEFENDANT IN THIS ACTION**

The Magistrate Judge submitted his Report and Recommendation on Defendant Marquee Brands, LLC's Motion to Dismiss. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

The Court **directs the Clerk** to terminate Marquee Brands, LLC's as a Defendant in this action.

IT IS SO ORDERED.

Date: 4/27/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Nancy Marie Barnes
Thompson Hine/Cleveland
nancy.barnes@thompsonhine.com

Anthony Patrick McNamara
Thompson Hine LLP
anthony.mcnamara@thompsonhine.com

Jason R. Ramsland
RAMSLAND LAW
jason@rams.land